KALB and another, Appellants, vs. FEUERSTEIN and wife, Respondents.

*April 12—June 29, 1938.*

*J. J. McManamy* of Madison, for the appellants.

For the respondents there was a brief by *Moran & O'Brien* of Delavan, and oral argument by *J. Arthur Moran.*

The following opinion was filed May 17, 1938:

ROSENBERRY, C. J.   The question sought to be raised in this case is the same question dealt with in a companion case, *Kalb v. Luce, ante,* p. 519, 279 N. W. 685, 280 N. W. 725, and for the reasons there stated the order sustaining the demurrer to the complaint should be affirmed.

*By the Court.*—The order appealed from is affirmed.

The following memorandum was filed June 29, 1938:

ROSENBERRY, C. J. (*on motion for rehearing*).   The memorandum in No. 105, *Kalb v. Luce, ante,* p. 519, 279 N. W. 685, 280 N. W. 725, covers both cases, and for the reasons stated in No. 105, the motion for rehearing is denied.

*By the Court.*—Motion for rehearing is denied without costs.